# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | Criminal No. 3:08-00147 |
| | ) | Judge Trauger |
| JEFFREY LYNN RAINS | ) | |
| | ) | |

## O R D E R

A revocation hearing was held on November 16, 2012. The defendant had previously admitted the violation set out in the Petition to Revoke Supervision filed April 12, 2012 (Docket No. 5), and the court finds that violation **ESTABLISHED**. At the hearing, the probation officer announced that a drug screen performed on the defendant before the hearing was positive for morphine and that the defendant was found to be using a device to substitute urine during the test.

It is hereby **ORDERED** that the defendant's supervised release is **REVOKED**, and he is sentenced to serve six (6) months in custody, to be followed by no additional period of supervised release.

It is so **ORDERED**.

ENTER this 16th day of November 2012.

_____
ALETA A. TRAUGER
U.S. District Judge